UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,           :
                                    :
         Plaintiff,                 :
                                    :
v.                                  :
                                    :  Case No. 8:05-cr-289-T-30MAP
                                    :
JAMES LAMAR McMICHAEL,              :
                                    :
         Defendant.                 :
_____    :

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for a Forfeiture Money Judgment (Dkt. #18), **which, at sentencing, shall be a final judgment of forfeiture as to defendant James Lamar McMichael's interest in property subject to forfeiture**.  For good cause shown, the motion of the United States (Dkt. #18) is GRANTED.

The Court, being fully advised in the premises, hereby finds that the government has established that the amount of proceeds from the securities fraud, in violation of 15 U.S.C. § 78ff(a), for which the defendant pled guilty, was at least $20,000,000.00 in United States currency. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that defendant James Lamar McMichael is personally liable for a forfeiture money judgment in the amount of $20,000,000.00 in United States currency, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2(b)(1).

IT IS FURTHER ORDERED that the United States may seek forfeiture of any of the defendant's property up to the value of the $20,000,000.00 money judgment as substitute

assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p), incorporated by 28 U.S.C. § 2461(c).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on June 8, 2006.


_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE



Copies to:
Adelaide G. Few, AUSA
Counsel of Record

S:\Odd\2005\05-cr-289.money judgment 18.wpd

2